Hand-Delivered     Notice of Intent to Sue

FILED
ASHEVILLE, NC

JAN 27 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.



# United States District Court for
# the Western District of North Carolina

**State agencies are: Private for profit business.**     **Case Number:** 1:25-cv-27-MOC-WCM

**"WE THE PEOPLE"** of the United State of America
TERRY DELAN SIMPSON., Terry Delan Simpson
<u>An original descendant to these lands,</u>
One of we the people,          **Petitioner,**
in Fact Sui Juris Jus Soli a living soul

vs.

**"Under the color of Law agencies"** so named:
**Defendants as followed:**
United States District Court for the Western District of North Carolina
Chief Judge Martin Reidinger
4 Federal Government Agents **(Necessary joinder claim to be filed later)**
Toby Dean (Marshall's Federal Officer)

                           **Defendants,**

_____/

## PLAINTIFF'S COMPLAINT FOR DAMAGES AND TRIAL BY JURY DEMAND

1st and 4th Amendment Violations
42 USC 1983 - Civil Lawsuit
Bivens Action

1. **On December 27, 2024, and a few times after this and on 1/21/2025.** I had business to conduct in Asheville, North Carolina in the Court for the Western District of North Carolina. As I tried to walk into the Federal building I was stopped at the front door by 4 officers and told, under duress and threats of physical violence/intimidation, I could not enter unless I relinquished my 4th amendment right to privacy/identification. Under duress I complied but told them this was violating my 4th amendment rights to enter into a public building.

2. Then I was made to take off an item of my clothing before I could enter.
3. Then I was told I couldn't carry my cell phone into the public building without putting my private property into a locker under their detainment.
4. It's a public building and these officers under the command of **Judge Martin Reidinger** had no lawful right to take these rights away from me without there being a crime.
5. This is over stepping their authority and this is unacceptable.

1

6. As I was walking through the metal detector, I mentioned to the officers that they were violating my 1st and 4th amendment rights, I was aggressively told that they were not going to hear or put up with this constitutional crap and would make me leave if I brought this into the building. Meaning standing up for my constitutional rights as a private man. Was now going to be dealt with in an aggressive manner and I was going to be thrown out.
7. This aggressive behavior by our public officials put me under extreme duress. **Threats and coercion while under the coloring of law.**
8. **I am requesting from these officers and Judge (Defendants) provide their 18 FAM 201.3 Declaration of Authority Order** - Where's your declaration of authority order from the republic? States the specific actions for which an officer or Judge has authority, as well as the limitations and special conditions that apply to the authority.
9. **28 U.S. code $1654**: The right to plead my own cases or obtain counsel from anyone I desire.
10. The term **"Bivens action"** comes from **Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971)**, in which the Supreme Court held that a violation of one's Fourth Amendment rights by federal officers can give rise to a federal **cause of action for damages** for unlawful searches and seizures.

**Federal Questions:**

1. Does (defendant) Chief Judge Martin Reidinger have the lawful authority/jurisdiction to restrict the rights of the people in a public forum?
2. Does (defendant) Chief Judge Martin Reidinger has the lawful authority/jurisdiction to inforce his government officers to inforce these unlawful rulings by force of violence, abuse of consented powers,?
3. Does the (defendants) government officers have the authority/jurisdiction to threaten violence against a private individual if he disagrees with set rules and displays his rights?
4. Can the (defendants) government officers/Judge be held accountable if they violate a private individuals constitutional right set forth by the Bill of Rights of the United State of America?
5. Does the (defendants) government officers have the right to threaten private individuals with trespass and violence if he disagrees with unlawful rulings?
6. Does the (defendants) government officers/Judge have the right to threaten and intimidate a private individual when coming into a public building when, the said private individual is one of the "We the People" who consented to this government?
7. Does the (defendants) government officers/Judge have the right to demand anything from one of the "We the People" when again, we consent to you, not you consent to us?
8. Can the (defendants) government officers/Judge throw a private individual of the "We the People" out of a public building, if no crime has been committed?
9. Does the (defendants) government officers/Judge think they can create policies that over-ride the freedoms of the constitution that are written in the constitution by the people for the people?
10. Does the (defendants) government officers/Judge think they are above the laws of the land and/or a legislator?
11. Where in the 4th amendment does it say, The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, **shall not be violated**, and **no Warrants shall issue**, but upon **probable cause**, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. **EXCEPT FOR WHEN YOU WALK INTO A PUBLIC FEDERAL BUILDING?**

2

## 1. Introduction

Notice to the above **de facto government services Federal Agencies**. Now come Terry Simpson, agent for TERRY SIMPAON, estate, competent and **"sui juris"** as principal as fiduciary as trustee an adult man a living soul a son of God and ambassador of Christ. One of **"We The People"** a creator of government whose status is well defined in **Genesis 1: 26-28, and 2:7, Job 32: 21-22, Deuteronomy 117, Proverbs 28: 21, Mathew 22: 16, Galatians 2: 6, and in the Maccabees in Ecclesiasticus 4:22, 4:27, 10:5, 35:13.** It is in any case a sin unto God to accept the **"person"**, therefore, it is absolutely against my beliefs. My status is also further defined in the United States code title **8 section 1101(a) (21-23) as a Citizen of the United States.** My estate and or trust is described in **26 usc 7701 (a) (31)** is a tax exempt foreign estate and or trust. And as a non-resident alien individual in the **internal revenue code at 26 usc 7701(b1b).** Therefore, there shall not be any presumption in my status as it is my gift from God and my **un-a-lien-able** right of <u>self-determination</u>.

Herein now known as petitioner by and through his choice, may if he chooses, use any non-bar lawyer attorney in fact or next friend or private attorney general for lawful counsel having full power to act in the same manner as the **principal giving notice**, fiduciary agent attorney in fact acting on behalf of the principal as one of the we the people and as an officer under executive order of the president to provide legal services and enforce equal protection under the law as lost prevention in the matter listed above court file numbers. See power of attorney in facts that is filed with county records office. I take fiduciary responsibility as an informant with honor hereby filing this **notice of special appearance** as to my status as **"sui juris"** fiduciary expert and friend of the court per the following circumstances and establishment of practice to re-task my fiduciary obligations to voluntarily serve we the people of the United States of America as lost prevention, co-counsel for the government of the United States of America in impellent in this matter. <u>**As an Attorney-in-fact, pro se', All that is required is that the pleading be in a format that "any reasonable persons could or can understand" which this pleading conforms to. And am not bound by state or federal regulations.**</u>

<u>**On March 13, 2017. The President of the United States issued a lawful executive order number 13-781 in which the president Donald J. Trump as president of the United States of America asked for help from we the people to assist in the restructuring of the executive branch citing the Qui Tam Provision 31 U.S. Code, § 3730(b),(c),. I am following said executive order**</u> in a continued effort to expose the continued assaults upon the courts by frauds upon the courts through malfeasance of office and prosecutorial misconduct resulting in <u>**emoluments violations.**</u> In order for this judiciary to effectively make his report to the president of the United States per executive order 13781 and 13825. We must first define in context and apply the following three terms as outlined in the executive order as viewed by the court under the equal protections promise beyond their dictionary definitions as fallows; an **emolument violation.** ("Emolumentum,") in order rightly to comprehend a thing it is necessary first to inquire into the names for a right knowledge of things depend on their names.
**Definition:** any advantage profit or gain received as a result of one's employment or holding of office.

## II. JURISDICTION AND VENUE

1. The jurisdiction of this court arises under 28 U.S.C. § 1331, 28 U.S.C. § 1337, and 12 U.S.C. § 412. The venue in this district is proper in that the Defendants conduct business in Asheville, North Carolina, and the allegations for damages occurred in Buncombe County, North Carolina (hereinafter).

3

## III. PARTIES

2. Plaintiff is residing in Madison County, North Carolina and does business at the Federal building in Buncombe County, North Carolina.

3. Plaintiff resides in Madison County, North Carolina, at the times relevant and all actions related to Plaintiff stated herein took place in and around Buncombe County, North Carolina.

4. Defendants' Judge Martin Reidinger, 4 @ Federal Government Agents **(Necessary joinder claim to be filed later),** Toby Dean. (Defendants) are located at 100 Otis Street, Asheville, North Carolina 28801. Defendant conduct business for the people in the State of North Carolina.

5. Defendants' Judge Martin Reidinger, 4 Federal Government Agents **(Necessary joinder claim to be filed later), Toby** Dean Works for the "We THE PEOPLE" and are the controllers for United States Inc.

6. District Court for the Western District of North Carolina. Located in Buncombe County, North Carolina. All (Defendants) have sworn an oath to defend the constitution of the United States and now have violated this oath.

7. Defendants' acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principles, trustees, sureties, subrogees, representatives, and insurers.

8. Defendants' agents, employees, officers, members, directors, and representatives were working within the course and scope of their employment when taking actions stated herein.

### Direct Violations of Constitutional Rights are as followed:

1. In **Glik v. Cunniffe.** also, In a recent decision by the **10th U.S. Circuit Court of Appeals**, the court concluded that the "right to film the police falls squarely within the First Amendment's core purposes to protect free and robust discussion of public affairs, hold government officials accountable, and check abuse of power." **First Amendment Rights in Federal Facilities**.

2. **Is It Illegal to Film Police in North Carolina?** Governor Pat McCrory response - You have the legal right to film anything within plain view in a **public space**. This also applies to **federal buildings, police stations,** and other **public areas**. You cannot, however, interfere with law enforcement activity while filming.

3. **Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971) Bivens v. Six Unknown Named Agents, Davis v. Passman, 442 U.S. 228 (1979)** (stare decisis)

4. **1st Amendment** - freedom of speech, the press, assembly, and the right to petition the Government for a redress of grievances. **I was threatened with violence just bringing up my constitutional rights**.

5. **4th amendment** - protects people from unreasonable searches and seizures by the government. From this moment forward, the Fourth Amendment could be interpreted as protecting against trespass, "unauthorized intrusion" onto or in property, or as protecting privacy, what a reasonable person would believe is private.

6. **18 U.S. Code § 241** - Conspiracy against rights; If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States

7. **18 U.S. Code § 242 - Deprivation of rights under color of law**- Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States

8. **Chief Judge Martin Reidinger** to show me the law that requires you to show ID, in order to do business in a Federal public building. **I hereby challenge the jurisdiction and ruling/policy of this said order signed by the judge.**

9. I am now being intimidated everytime I walk into my federal building in order to do business that "We the People" consented to. **This is tyranny!**

10. **Benjamin Franklin once said:** "Those who would give up essential Liberties, to purchase a little temporary safety, deserve neither Liberty nor Safety."

11. **President Ronald Regan said**; "We the People" tell the government what to do, it doesn't tell us. We the People are the driver, the government is the car, and we decide where it should go and by what route and how fast. Almost all the worlds' constitutions are documents in which governments tell the people what their privileges are. Our constitutions is a document in which "We the People" tell the government what it is allowed to do. "We the People" are free! And I hope we have once again remind the people, that man is not free, unless government is limited. There's a clear cause and affect here that is as neat and predictable as a law of physics. As government expands, liberty contracts. I think the government has over stepped their authority in this case.

## PRAYER FOR RELIEF AND DAMAGES

1. The Plaintiff's PRAYER FOR RELIEF for damages is as followed:

2. Plaintiff demands judgement against Defendants ("United States District Court for the Western District of North Carolina, Chief Judge Martin Reidinger, 4 Federal Government Agents (Necessary joinder claim to be filed later), and Toby Dean") **for compensatory, Injunction and punitive damages**.

3. Wherefore, The Plaintiff was put through TREMENDOUS THREATS OF VIOLENCE TO VIOLATE HIS CIVIL LIBERTIES and SAFETY placed upon him by Federal Agents and policy enforcers working outside their jurisdictions while in a public building.

4. All Federal Officers who conspired against my civil liberties, be held accountable at the highest level of the law, for they are to be held at a higher level of professionalism and should pay a higher level of justice served.

5

5. Chief Judge Martin Reidinger, 4 Federal Government Agents **(Necessary joinder claim to be filed later),** Toby Dean's malfeasance bonding identification number and filing Information for a proper tort claim.

6. **I demand a COPY OF: <u>Oath of Office</u>** signed documents from the **<u>Secretary of State of North Carolina</u>** and **<u>18 FAM 201.3 - Declaration of Authority Order</u>** from Chief Judge Martin Reidinger and all **<u>Defendants</u>**.

7. All Motion for Discovery Requests that were submitted to the Marshall's office in the United States District Court for the Western District of North Carolina on 1/21/2025 to be released.

8. Next time I walk into the Federal Building (United States District Court for The Western District of North Carolina), will protect my Constitutional Rights, instead of trampling all over my Constitutional Rights, who swore an Oath to protect these rights. That "We the People" consent to. **No more threats/retaliatory actions to be made.**

9. I am suing for **$75,000.00** dollars for my Civil Right/Liberties being violated and constitutional rights trespassed upon while **<u>defendants</u>** were under the coloring of law.

10. Does the government consent to the **"We the People"**? Or does the **"We the People"** consent to the government? I guess I miss read the Bill of Rights, constitution. Because, I'm almost positive it says **"We the People"** in the header, not **"Government"**. No, I was right! It's definitely, **"We the People"**. A violation of consented authority.



---

**Signature Section (PER; 28 U.S. Code § 1746) "If executed without the United States")** Sworn in declarations under penalty of perjury

1. I ___Simpson: Terry Delan___ " "declare under penalty of perjury under the law of United States of America that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States Inc, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States Inc.

Executed on ___1/27/2025___ (Date :)

In Honor, and with all **<u>God given rights</u>** reserved retained herein. I, hereby place my Autograph below:

                                              Without recourse, Simpson, Terry Delan, agent
                                              for: TERRY DELAN SIMPSON, estate

                           **Petitioner,** _____
                                         I reserve all rights. UCC 1-308 - FURTHER I

SAYETH NOT.
Notary Republic as JURAT CERTIFICATE:

__North Carolina__ State
__Buncombe__ County
On __1/27/25__ date before me,

a Notary Public, personally appeared before me and proved to me on the basis of satisfactory evidence to be the man/woman whose Name is subscribed to the within attached instrument and acknowledged to Me that he/she executed the same in his authorized capacity, And that by his/her autograph(s) on the instrument the man/woman executed, this Trust Declaration.

I certify under PENALTY OF PERJURY under the lawful laws of

North Carolina State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __[signed]__
Of Notary Republic / Jurat   CATHERINE NINES       seal  [Notary seal: CATHERINE NINES, NOTARY PUBLIC, BUNCOMBE COUNTY, NC]

**Notice to agent(s) is notice to principal(s), Notice to principal(s) is notice to agent(s).**

7